# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-4955

—————————————————

DENNIS LONG,

   Appellant,

   v.

DEPT. OF CORRECTIONS,

   Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 8, 2019

PER CURIAM.

   DISMISSED. *See Mobley v. McNeil*, 989 So. 2d 1215 (Fla. 1st DCA 2008).

WOLF, BILBREY, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Dennis Long, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen Lonergan, Assistant Attorney General, Tallahassee, for Appellee.